### WILL JONES V. THE STATE.

*No. 672.   Decided June 22.*

1.  Statement of Facts—Practice on Appeal.—A statement of facts which has not been filed in the lower court can not be entertained on appeal.

2.  Charge Where There is No Statement of Facts.—In the absence of a statement of facts, if the charge of the court applies the law correctly to a state of case provable under the indictment, it will be held to be sufficient.

APPEAL from the County Court of Runnels.   Tried below before Hon. C. H. WILLINGHAM, County Judge.

This appeal is from a conviction for unlawfully permitting cards to be played in a public house under control of appellant, to wit, an outhouse, where people resorted for the purpose of gaming, the punishment being assessed at a fine of $25.

No statement necessary.

*Guion & Truly*, for appellant.

*Mann Trice*, Assistant Attorney-General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted of permitting gaming in a public house under his control, to wit, an outhouse, where people resorted for the purpose of gaming.   The statement of facts, not having been filed in the lower court, can not be entertained on appeal.   Willson's Crim. Stats., secs. 2560, 2561, 2564.

The charge correctly applies the law to a state of facts provable under the indictment, and, in the absence of the testimony, the charge as given seems to be correct.   The special charge asked by defendant, that if there was any reasonable doubt that appellant was in control of the house where the games were played he should be acquitted, may not have been called for by the evidence.   The evidence may have been overwhelmingly against him on this question.   The charge as given correctly instructs the jury in regard to the reasonable doubt as applied to the whole case.   The judgment, under the record before us, must be affirmed; and it is so ordered.

*Affirmed.*

Judges all present and concurring.